**STATE v. ALSTON**

[359 N.C. 61 (2004)]

STATE OF NORTH CAROLINA v. WILLARD LAVELL ALSTON

No. 19A04

(Filed 7 October 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 161 N.C. App. 367, 588 S.E.2d 530 (2003), finding no prejudicial error in the judgment entered 4 September 2002 by Judge Clifton W. Everett, Jr. in Superior Court, Wilson County. Heard in the Supreme Court 15 September 2004.

*Roy Cooper, Attorney General, by M. Elizabeth Guzman, Assistant Attorney General, for the State.*

*Angela H. Brown for defendant-appellant.*

PER CURIAM.

The members of the Court were equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals.[1] Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Crawford v. Commercial Union Midwest Ins. Co.,* 356 N.C. 609, 572 S.E.2d 781 (2002); *Robinson v. Byrd,* 356 N.C. 608, 572 S.E.2d 781 (2002).

AFFIRMED.

---

1. At the time this case was heard and decided, the Court consisted of only six members, due to the retirement of Associate Justice Orr on 31 July 2004.